**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

LEVI SUMMERS, AIS 198538,            :

    Petitioner,                      :

vs.                                  :            CA 14-0139-WS-C

CYNTHIA STEWART,                     :

    Respondent.                      :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to

the issues raised, and there having been no objections filed, the report and

recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated

April 1, 2014 is **ADOPTED** as the opinion of this Court.

    **DONE** this 29th day of April, 2014.


               **s/WILLIAM H. STEELE**
               **CHIEF UNITED STATES DISTRICT JUDGE**